```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

**MARK BURRELL and**
**TAYBURR, LLC,**

    **Plaintiffs,**

**v.**                                   **Case No.: 8:16-cv-01866-VMC-JSS**

**ECLIPSE BREAST HEALTH**
**TECHNOLOGIES, INC.,**

    **Defendant.**
    _____/

## MEDIATION REPORT

    In accordance with the Court's mediation order, a mediation conference was held on March 8, 2017. Plaintiff Mr. Burrell for himself and as corporate representative with trial counsel, and Defendant's corporate representative with trial counsel attended and participated.

    <u>The case has been completely settled.</u>

    Done March 8, 2017 in Tampa, Florida.

                                      Respectfully submitted,

                                      <u>/s/ Peter J. Grilli</u>
                                      Peter J. Grilli, Esq.
                                      Florida Bar No. 237851
                                      Mediator
                                      3001 West Azeele Street
                                      Tampa, Florida 33609
                                      813.874.1002    Fax: 813.874.1131
                                      email: peter@grillimediation.com

    I HEREBY CERTIFY that March 8, 2017 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                        <u>/s/ Peter J. Grilli</u>
                                        Peter J. Grilli, Esq.